**No. 59388.**—Baar & Beards, Inc., et al. *v.* United States, protests 190113–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of articles of silk wearing apparel similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

**No. 59389.**—Durlacher & Co., Inc. *v.* United States, protest 236929–K (Philadelphia).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of silk scarves and squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

**No. 59390.**—Rit-zie Novelty Co., Inc. *v.* United States, protest 245589–K (San Francisco).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.